

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00264-CV

**IN THE INTEREST OF E.J.M.**, a/k/a E.J.D.L.G., a Child

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA01970
Honorable Monique Diaz, Judge Presiding

BEFORE THE EN BANC COURT[1]

     We withdraw our opinion and judgment dated October 26, 2022. In accordance with this court's opinion of this date, the trial court's Final Order in Suit Affecting the Parent-Child Relationship and Order of Termination is AFFIRMED. No costs of appeal are assessed against appellant because he is indigent.

     SIGNED May 31, 2023.

_____
Lori I. Valenzuela, Justice

---

[1] Chief Justice Rebeca C. Martinez not participating.